UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARIE ZMORA, GEOFFREY TABAKIN,
LAURINDA STRYKER and ROBBI HOY,
and all others similarly situated,

Civil No. 01-1905 (RHK/JMM)

Plaintiffs,

v.

ORDER

STATE OF MINNESOTA; MINNESOTA
STATE COLLEGES AND UNIVERSITY
SYSTEM (MNSCU); BOARD OF TRUSTEES
OF THE MINNESOTA STATE COLLEGES AND
UNIVERSITIES; ST. CLOUD STATE
UNIVERSITY; JAMES H. MCCORMICK;
ROY H. SAIGO; RICHARD D. LEWIS
DON L. HOFSOMMER, and
THE INTER FACULTY ORGANIZATION;

Defendants.

Counsel for Plaintiffs entered into a Stipulation with Counsel for Defendant Inter Faculty Organization agreeing that Plaintiffs may Amend their Complaint. The Stipulation and Amended Complaint were not presented to the Court for approval, but rather were mailed to the Clerk of Court on December 12, 2001. The Clerk received the pleadings on December 14, 2001, and retained the pleadings without filing them, since no Court Order permitted the filing.

It appearing to the Court that there is no objection thereto, and the Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

IT IS HEREBY ORDERED:

1. Plaintiffs may file the Stipulation and Amended Complaint nunc pro tunc December 14, 2001;

2. The Answers of Defendants heretofore filed [Docket Nos. 2 and 3] may serve as Answers to the Amended Complaint.

Dated: January 28, 2002

JOHN M. MASON
United States Magistrate Judge