UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
U.S. COURTHOUSE, SUITE 9E
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

JONATHAN LEBEDOFF
CHIEF MAGISTRATE JUDGE

(612) 664-5120

September 19, 2002

Daniel Schermer, Esq.
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402

Donald Arbour, Esq.
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402

Judith Schermer, Esq.
Suite 950
10 Fifth Street South
Minneapolis, MN 55402-1033

Gary Cunningham, Esq.
David Merchant, Esq.
Office of Attorney General
State of Minnesota
Suite 1100
445 Minnesota Street
St. Paul, MN 55101

Edward Laine, Esq.
3400 Plaza VII Bldg.
45 South Seventh Street
Minneapolis, MN 55402

In Re: Zmora, et al. v. State of Minnesota, et al.
Civil No. 01-1905 (JEL/JGL)

Dear Counsel:

This Court is scheduling a status conference relative to the above-captioned matter to be held in his Court's chambers on Thursday, September 26, 2002, at 1:30 p.m. Counsel are all required to be present. Rather than requiring all of the principals to be present, as has been the case in previous settlement conferences, we will ask the plaintiffs' attorneys to discuss this matter with the Attorney General's Office and the parties can mutually arrange either to have their principals present or available by telephone. In any event, we look forward to seeing the attorneys on Thursday, September 26, 2002, at 1:30 p.m. It's this Court's strong wish that we can move forward and hopefully conclude a resolution of this matter at that time.

Very truly yours,

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

cc: Civil No. 01-1905 (JEL/JGL)
Judge Joan E. Lancaster

FILED SEP [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______