UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Arie Zmora, Geoffrey Tabakin, Laurinda Stryker, Robbi Hoy, and all others similarly situated,

File No. 01-CV-1905 JEL/JGL

Plaintiffs,

vs.

State of Minnesota, the Minnesota State College and University System, the Board of Trustees of the Minnesota State Colleges and Universities, St. Cloud State University, James H. McCormick, Roy H. Saigo, Richard D. Lewis, Don L. Hofsommer, and Suzanne L. Williams

**ORDER**

Defendants,

and

The Inter-Faculty Organization,

Defendant-Indispensable Party.

It appearing to the Court that Robert Hauptman, a member of the settlement class, has declined to accept his share of the class settlement fund; and

It appearing further that this has created a surplus in the settlement fund in the amount of $2,112.68; and

It appearing further that it is appropriate to donate this surplus to a suitable charity rather than to redistribute it to the other settlement class members; and

It appearing further that the Jewish Community Relations Council of Minnesota is a suitable charity.

NOW THEREFORE, IT IS HEREBY ORDERED that counsel for the plaintiffs



FILED OCT 17 2003
CLERK
JUDGMENT ENTD
DEPUTY CLERK'S INITIALS

are authorized to donate Robert Hauptman's share of the class settlement fund, in the amount of $2,112.68, to the Jewish Community Relations Council of Minnesota.

Dated: October 15, 2003.

JOAN ERICKSEN
United States District Judge