# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Arie Zmora, et al, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01cv1905 (JNE/JGL) |
| | ) | Date: April 12, 2004 |
| State of Minnesota, et al, | ) | Court Reporter: Maria Weinbeck |
| | ) | Time Commenced: 10:00 a.m. |
| Defendant. | ) | Time Concluded: 10:30 a.m. |
| | ) | Time in Court: 30 Minutes |
| | ) | |

Hearing on: **Motion to Enforce Class Settlement (#52) - granted on the minutes and Court will retain jurisdiction. A hearing will be held on Monday, July 12, 2004 at 2:00 p.m.**

APPEARANCES:

Plaintiff: Paul R. Harris for Dr. Tabakan
Defendant: Gary R. Cunningham and David W. Merchant
Judith Schermer for Class Plaintiffs

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

****IT IS ORDERED: NO FURTHER ORDER WILL BE ISSUED**

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk