UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1905 (JNE/JGL)

ARIE ZMORA, et al.,

Plaintiffs,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

STATE OF MINNESOTA, et al.,

Defendants.

A settlement conference has been scheduled before the undersigned in the above-referenced matter for **Thursday, June 24, 2004, at 1:45 p.m.** in **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since the last settlement conference, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: June 18, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge