# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ARIE ZMORA, ET AL., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiffs, | ) | U.S. CHIEF U.S. JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1905 (JNE/JGL) |
| | ) | Date: 6/24/04 |
| STATE OF MINNESOTA, ET AL., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 1:45 P.M. |
| Defendants. | ) | Time Concluded: 4:15 P.M. |
| | ) | Time in Court: 2 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Judith Schermer, Paul Harris

Defendant: Gary Cunningham, Ed Laine

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge