HUGHES MATHEWS, P.A.

ATTORNEYS AT LAW

KEVIN J. HUGHES
THOMAS E. MATHEWS
PAUL R. HARRIS
TAD S. PETHYBRIDGE
JACQUELINE M. SCHUH

November 11, 2004

Honorable Jonathan Lebedoff
U.S. District Courthouse
Suite 9E
300 South Fourth Street
Minneapolis, MN 55415

RE: Zmora, et al. v. State of Minnesota, et al.
Civil Docket No.: 01-CV-1905 JNE/JGL

Magistrate Judge Lebedoff:

I write the Court for assistance in finally resolving settlement issues between Dr. Tabakin and the Minnesota State College and University System and SCSU, et al ("SCSU").

The matter was resolved on June 24 in your chambers. The follow up documentation was to be prepared by Gary Cunningham. The proposed Settlement Agreement was e-mailed to my office in late July by Mr. Cunningham (see attached Exhibit 1). Dr. Tabakin followed up with some modifications in August (Exhibit 2). Chief among these changes was an incorporation by reference of the letter agreed to by SCSU on June 24 (Exhibit 3). On September 29, 2004, Mr. Cunningham unilaterally revoked the Settlement Agreement and simply sent Dr. Tabakin the letter and a check for the agreed upon Settlement sum (Exhibit 4). Mr. Cunningham has indicated his client is not going to execute the Settlement document.

I have not had the experience of a party unilaterally rescinding a Settlement Agreement previously presented by that party. But Dr. Tabakin wants to move on.

Since SCSU has indicated it will not sign, Dr. Tabakin asks the Court to ensure clarity by issuing an Order incorporating the following terms agreed upon in the June Settlement Conference, (which are the material terms of SCSU's original Settlement Agreement presented in August, with the exception of the incorporation of Dr. Spitzer's letter):

- Dr. Tabakin and SCSU commit and agree to resolve Dr. Tabakin's Motion.

- SCSU agrees to pay Dr. Tabakin's legal fees in the amount of $10,500, and this is the only monetary amount to be paid in this Settlement.

110 SIXTH AVENUE SOUTH, SUITE 200 • P.O. BOX 548 • ST. CLOUD, MINNESOTA 56302-0548
E-MAIL: attorneys@hughesmathews.com • www.hughesmathews.com
TELEPHONE: 320.251.4399 • FAX: 320.251.5781

- Dr. Tabakin agrees to dismiss his Motion with Prejudice, and will sign a Stipulation for Dismissal, or direct his legal counsel to do the same.

- In consideration for the payment described above, the sufficiency of which is hereby acknowledged, Dr. Tabakin for himself and his heirs, administrators, representatives, agents, attorneys, successors and assigns, releases and forever discharges SCSU, Minnesota State Colleges and Universities, and all of their present and former agents, officers, employees, attorneys, and predecessors or successors in interest any claim which Dr. Tabakin had or might not have, whether or not such claims are known to him, arising out of the Settlement Agreements for the *Zmora* lawsuit, only up to the date of the Settlement.

- This Agreement does not constitute an admission of liability by SCSU, nor a concession by Dr. Tabakin that his claim was not well founded.

- The letter from Dr. Michael Spitzer drafted on June 24 and signed September 27, 2004, attached hereto is incorporated by reference. In all other respects, Dr. Tabakin and SCSU agree that this Settlement and the class action Agreements, constitute the entire Agreements between them and no modification of these Agreements and/or other promises or Agreements shall be binding unless in writing and signed by all the parties hereto.

Thank you for your consideration in this matter. If you have questions, please advise.

Yours very truly,

Paul R. Harris

Enclosures

cc: Gary Cunningham

PRH:mcs
F:\CLIENT\519\00001\corres\041111honjl-prh.wpd