As discussed with you and Magistrate Lebedoff, ~~the following~~ St. Cloud State University plans the following:

1.) ~~Hard~~ Paper copies of the ~~a~~ Affirmative Action Office's quarterly diversity newsletter will be made available at the Atwood ~~Stu~~ Center and the Miller Center, in addition to being available on the university's web site.

2.) New faculty, ~~and~~ adjunct faculty and other faculty who have not yet received the diversity training provided in May and June 2004 will receive the diversity training by the end of 2004.

In addition, the university continues to develop and provide a variety of diversity training opportunities to faculty, staff and students. Whenever possible, such training will be developed in consultation with ~~the~~ university faculty.

Michael Spitzer

EXHIBIT 3