# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

MIKE HATCH
ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

September 29, 2004

Paul R. Harris
110 Sixth Avenue South, Suite 200
P. O. Box 548
St. Cloud, MN 56302-0548

Re: *Zmora, et al. v. State of Minnesota, et al. and The Inter Faculty Organization*
File No. 01-CV-1905 JEL/JGL

Dear Mr. Harris:

On June 22, 2004, Geoffrey Tabakin's breach of contract contempt claim was mediated with Magistrate Judge Lebedoff. In conformance with the agreement made between the parties at that time, and a satisfaction of your client's claim, enclosed please find (1) a check for $10,500 and (2) a letter to Dr. Tabakin from Provost Spitzer.

Sincerely,

GARY R. CUNNINGHAM
Assistant Attorney General

(651) 282-5705

Enclosure

AG: #1296060-v1

EXHIBIT 4

ST. CLOUD STATE
UNIVERSITY
*A tradition of excellence and opportunity*

OFFICE OF THE PROVOST AND
VICE PRESIDENT FOR ACADEMIC AFFAIRS
720 Fourth Avenue South
St. Cloud, MN 56301-4498
Phone (320) 255-3143

September 27, 2004

Professor Geoffrey Tabakin
611 7th Avenue N.
St. Cloud, MN 56303

Dear Professor Tabakin:

As discussed with you and Magistrate Lebedoff on June 24, 2004, St. Cloud State University plans the following:

1. Paper copies of the Affirmative Action Office's quarterly diversity newsletter will be made available at the Atwood Center and the Miller Center, in addition to being available on the University's Web site.
2. New faculty, adjunct faculty and other faculty who have not yet received the diversity training provided in May and June 2004 will receive the diversity training by the end of 2004.

In addition, the university continues to develop and provide a variety of diversity training opportunities to faculty, staff and students. Whenever possible, such training will be developed in consultation with university faculty.

Very truly yours,

Michael Spitzer
Provost

A college sponsor of the National Merit Scholarship Program.
St. Cloud State University values diversity of all kinds, including but not limited to race, religion and ethnicity (full statement at bulletin.StCloudState.edu/ugb/generalinfo/nondiscrimination.html).
TTY: 1-800-627-3529 SCSU is an affirmative action/equal opportunity educator and employer.
This material can be made available in an alternative format. Contact the department/agency listed above.
Member of Minnesota State Colleges & Universities.

DEPARTMENT OF FINANCE

# STATE OF MINNESOTA

43339068

22-96
960

PK
9/24/2004

400 CENTENNIAL BLDG. 658 CEDAR ST.
ST. PAUL, MINNESOTA 55155
651-296-1706

| Vender Number | Vender Location | DATE | NUMBER |
|---|---|---|---|
| 200531657 | 00 | 9/24/2004 | 43339068 |

PAY TO THE ORDER OF

HARRIS PAUL R &
GEOFFREY A TABAKIN
% HUGHES MATHEWS PA
PO BOX 548
ST CLOUD, MN 56302-0548

| NET AMOUNT |
|---|
| $ ******10,500.00 |

034814

Peggy S. Ingison
Commissioner of Finance

⑆096000962⑆ ⑈43339068⑈