# STATE OF MINNESOTA

## OFFICE OF THE ATTORNEY GENERAL

MIKE HATCH
ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

November 16, 2004

The Honorable Jonathan G. Lebedoff
Chief United States Magistrate Judge
Suite 9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***Zmora v. State of Minnesota, et al. and The Inter Faculty Organization***
**File No. 01-CV-1905 JEL/JGL**

Dear Magistrate Judge Lebedoff:

This letter is written in response to that of Paul Harris dated November 11, 2004. On behalf of my client, we regret that you have been involved in this case once again. Accordingly, St. Cloud State University and Minnesota State Colleges and Universities (State System) oppose Geoffrey Tabakin's request that you memorialize the settlement of Dr. Tabakin's motion to show cause in an order that does not reflect the agreement of the parties.

When this matter was settled with your guidance and assistance, St. Cloud State and the State System agreed to the following:

- a $10,500 payment for attorney's fees involved in the motion to show cause;
- a limited, rather than a complete, release; and
- the provision of a letter (the text of which also was agreed to in our mediation with the court) addressing future training and the scope of circulation of the quarterly newsletter.

Following the settlement conference, I drafted a relatively simple settlement document but Dr. Tabakin required modification, including incorporation by reference of the contents of the letter. As you will recall, St. Cloud State and the State System refused any settlement which would include new obligations to Dr. Tabakin beyond those established in the settlement of the case in chief. As a result, St. Cloud State and the State System agreed to issue a letter, the contents of which would not be part of the settlement. Thus, the incorporation of the letter by reference as now suggested by Dr. Tabakin would amount to an agreement on new obligations, contrary to my clients' intent.

When I spoke to Mr. Harris after receiving the modification of my draft, I understood that Dr. Tabakin would insist on the incorporation language. Believing further negotiations on a settlement instrument would be fruitless and unnecessary, yet wishing to fulfill the terms of the agreement made before this court on June 24, Defendants performed its obligations as I understood them by issuing a check to Mr. Harris and Dr. Tabakin in the amount of $10,500 and by providing the letter (using the language already agreed to). Consequently, my client has performed its obligations with respect to the settlement of the motion to show cause brought by Dr. Tabakin.

Based upon the above discussion, St. Cloud State and Minnesota State Colleges and Universities respectfully request that you deny Geoffrey Tabakin's request. Please contact me if you have any questions.

Sincerely,

s/Gary R. Cunningham

GARY R. CUNNINGHAM
Assistant Attorney General

(651) 282-5705

AG: #1321733-v1