# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ARIE ZMORA, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Jonathan Lebedoff |
| Plaintiffs, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CIVIL NO. 01-1905 (JNE/JGL) |
| | ) | Date: 11/18/04 |
| STATE OF MINNESOTA, et al., | ) | Court Reporter: NOT APPLICABLE |
| | ) | Time Commenced: 10:00 a.m. |
| Defendants. | ) | Time Concluded: 10:15 a.m. |
| | ) | Time in Court: Hours & 15 Minutes |

APPEARANCES:

Plaintiff: Paul Harris
Defendant: Gary Cunningham

PROCEEDINGS: CONFERENCE CALL re: letter to magistrate judge by MN State Colleges and University System, etc. (Doc. #63).

- ☐ Settlement reached.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☒ Written order forthcoming. Resolved settlement dispute.

s/Jonathan Lebedoff
Chief U.S. Magistrate Judge