**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ARIE ZMORA, GEOFFREY TABAKIN, LAURINDA STRYKER, and ROBBI HOY, and all others similarly situated,**

Plaintiffs,

v.

**STATE OF MINNESOTA, MINNESOTA STATE COLLEGES AND UNIVERSITY SYSTEM (MnSCU), BOARD OF TRUSTEES OF THE MINNESOTA STATE COLLEGES AND UNIVERSITIES, ST. CLOUD STATE UNIVERSITY, JAMES H. MCCORMICK, ROY H. SAIGO, RICHARD D. LEWIS, DON L. HOFSOMMER, THE INTER FACULTY ORGANIZATION, and SUZANNE L. WILLIAMS,**

Defendants.

---

Civil No. 01-1905 (JNE/JGL)

**O R D E R**

APPEARANCES

Paul Harris, Esq., on behalf of Plaintiff Dr. Geoffrey Tabakin

Gary Cunningham, Esq., on behalf of Defendants

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came before the undersigned Chief Magistrate Judge of District Court by teleconference on November 18, 2004 pursuant to a letter from counsel. The case has been referred to the

undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

The Court received a letter dated November 11, 2004 from Paul Harris, counsel to Plaintiffs, seeking assistance in resolving a dispute that arose after this Court facilitated a settlement in this case on June 24, 2004. The parties disagree as to elements of the proposed Settlement Agreement, which was initially drafted by Defendants' counsel Gary Cunningham, and subsequently modified by Plaintiff Dr. Geoffrey Tabakin. Chief among the modifications by Tabakin was the incorporation by reference of a letter agreed to by Defendant St. Cloud State University ("SCSU") at the settlement conference. The letter, drafted on June 24, is from Dr. Michael Spitzer and was signed on September 27, 2004. In response to the alterations, counsel Cunningham rejected the proposed Settlement Agreement on behalf of his clients, opting instead to send Plaintiff Tabakin a check for the settlement sum along with the Spitzer letter.

Essentially, the parties' only present disagreement is whether the Spitzer letter should be incorporated into the Settlement Agreement. The Court finds that it should not. In sum, the Court adopts the material terms of SCSU's original Settlement Agreement presented in August, as set forth in the November 11, 2004 letter of Paul Harris to this Court, with the exception of the incorporation of the Spitzer letter.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court adopts the material terms of SCSU's original Settlement Agreement presented in August, as set forth in the November 11, 2004 letter of Paul Harris to this Court, with the exception of the incorporation of the September 27, 2004 Dr. Michael Spitzer letter.

Dated: November 18, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge